**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**CASE NO.:   8:26-CV-01972**

ANTHONY MYRICK JR,

     Plaintiff,

v.

EQUIFAX INFORMATION

SERVICES, LLC.,

     Defendant.

_____/

NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Daniel Lenghea, Esq., will serve as Lead Counsel for ANTHONY MYRICK JR, in the above-styled action:

Date: July 10, 2026

Respectfully submitted,

/s/ Daniel Lenghea
Daniel Lenghea, Esq.
FL BAR ID: 86508
66 W Flagler Street
The Concord Building
Suite 900
Miami, FL 33130
Phone: (305) 848-9700
Direct: (305) 343-6707
Email: daniel@lenghea.com

*Attorney for Plaintiff*